# EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT

The Law Offices of Audrey A. Thomas P.C.
Thomas, Audrey
245-07 Francis Lewis Blvd
Rosedale, NY  11422

In the matter of          File                      DATE: Jul 13, 2022
SOROKIN, ANNA

___ Unable to forward - No address provided.
XX  Attached is a copy of the decision of the Immigration Judge. This decision
    is final unless an appeal is filed with the Board of Immigration Appeals
    within 30 calendar days of the date of the mailing of this written decision.
    See the enclosed forms and instructions for properly preparing your appeal.
    Your notice of appeal, attached documents, and fee or fee waiver request
    must be mailed to:    Board of Immigration Appeals
                          Office of the Clerk
                          5107 Leesburg Pike, Suite 2000
                          Falls Church, VA 22041
___ Attached is a copy of the decision of the immigration judge as the result
    of your Failure to Appear at your scheduled deportation or removal hearing.
    This decision is final unless a Motion to Reopen is filed in accordance
    with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
    1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
    1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
    motion must be filed with this court:
                          IMMIGRATION COURT

___ Attached is a copy of the decision of the immigration judge relating to a
    Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
    1208.31(g)(1), no administrative appeal is available. However, you may file
    a petition for review within 30 days with the appropriate Circuit Court of
    Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.
___ Attached is a copy of the decision of the immigration judge relating to a
    Credible Fear Review. This is a final order. No appeal is available.
___ Other: MOTION FOR A BOND REDETERMINATION - DENIED

                                        B. OTTO
                                        COURT CLERK
                                        IMMIGRATION COURT              FF

cc:

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
NEW YORK, NY - VARICK

| | |
|---|---|
| In the Matter of: ) | In Removal Proceedings |
| ) | |
| SOROKIN, Anna ) | ▮▮▮▮▮▮▮ |
| ) | |
| Respondent. ) | DETAINED |

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of Respondent's *Motion Requesting Bond*, it is HEREBY ORDERED that the motion be ☐ GRANTED ☒ DENIED because:

☐ DHS does not oppose the motion.
☐ The respondent does not oppose the motion.
☐ A response to the motion has not been filed with the court.
☐ Good cause has been established for the motion.
☐ The court agrees with the reasons stated in the opposition to the motion.
☐ The motion is untimely per _____
☒ Other: Respondent is a VWP entrant - court has no jurisdiction.
Deadlines: See Matter of A-W-, 25 I&N. Dec. 45 (BIA 2009), with respect to bond hearing pursuant to District Crt order dated 9/27/21, no
☐ The application(s) for relief must be filed by _____
☐ The respondent must comply with DHS biometrics instructions by evidence prior counsel ineffective in bond proceeding. Remand based on ineff. Lozada claim applies only to removal proceeding.

Date: 7/13/22

Immigration Judge: Charles Conroy

Certificate of Service
This document was served by: [M] Mail  [ ] Personal Service
To: [ ] Alien  [ ] Alien c/o Custodial Officer  [M] Alien's Atty/Rep  [ ] DHS
Date: 9/13/22
By: Court Staff ___ BOHD